AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

### District of Columbia

FID 11733282

**RECEIVED**
By USMS District of Columbia District Court at 11:54 am, Oct 31, 2024

United States of America

v.

Daniel Van Oaks, Jr.

*Defendant*

) Case: 1:24-mj-00347
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 10/30/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Daniel Van Oaks, Jr.                                         ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - (Obstruction of Law Enforcement During Civil Disorder),
18 U.S.C. § 111(a)(1)(Assaulting, Resisting, or Impeding Certain Officers),

18 U.S.C. § 1752(a)(1) - (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority),

18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),

18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds),

40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),

40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings),

18 U.S.C. § 2111 (knowingly take or attempt to take from the person or presence of another, anything of value),

Date:    10/30/2024

Moxila A. Upadhyaya

Digitally signed by
Moxila A. Upadhyaya
Date: 2024.10.30
16:43:01 -04'00'

*Issuing officer's signature*

City and state:        Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  10/30/2024 , and the person was arrested on *(date)*  11/20/2024
at *(city and state)*  Salt Lake City, UT .

Date:  11/20/2024

*Arresting officer's signature*

DUSM  Hunter Henderson
*Printed name and title*