## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 24-MJ-347 |
| **Daniel Van Oaks Jr.,** | |
| Defendant. | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the complaint against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

    Respectfully submitted,

    EDWARD R. MARTIN, JR.
    United States Attorney
    D.C. Bar No. 481866

    _____/S/_____
    JENNIFER LEIGH BLACKWELL
    Assistant United States Attorney
    D.C. Bar No. 481097
    601 D Street, NW
    Washington, D.C. 20530
    Jennifer.blackwell3@usdoj.gov
    (202) 252-7068